James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
brucel@skwsf.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, <br><br>            Plaintiffs, <br>    v. <br><br>MULDER CONSTRUCTION INC., a California corporation; and RANDOLPH EUGENE MULDER, an Individual, <br><br>            Defendants. | Case No.  3:06cv4894 TEH <br><br> ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> DATE:     November 13, 2006 <br> TIME:     1:30 p.m. <br> CRTRM:  12, 19th Floor <br> JUDGE:   Hon. Thelton E. Henderson |

The Court, having read Plaintiffs' Case Management Statement and Request For Continuance of the Case Management Conference, hereby orders that the Case Management Conference, originally calendared for November 13, 2006, be continued to __02/12/07_____ , at 1:30 p.m., before Honorable Judge Thelton E. Henderson, in Courtroom 12, 19th Floor of the

- 1 -
**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**         Case No. 3:06cv4894 TEH

1  Federal Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a joint case
2  management conference statement no later than 7 days prior to that date of the case management
3  conference.  Plaintiffs shall promptly serve of copy of this order on defendants.

DATED:  11/07/06   _____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson

F:\Cases\30\32.192 Mulder Construction

- 2 -
**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**  **Case No. 3:06cv4894 TEH**