```
 1  James P. Watson (SBN 046127)
    Bruce K. Leigh (SBN 129753)
 2  Anne Bevington (SBN 111320)
    STANTON, KAY & WATSON, LLP
 3  101 New Montgomery Street, Fifth Floor
    San Francisco, CA 94105-3612
 4  Telephone: 415-512-3501
    Facsimile: 415-512-3515
 5  brucel@skwsf.com
    Attorneys for Plaintiffs
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, <br><br> Plaintiffs, <br> v. <br><br> MULDER CONSTRUCTION INC., a California corporation; and RANDOLPH EUGENE MULDER, an Individual, <br><br> Defendants. | Case No.  3:06cv4894 TEH <br><br> ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> DATE:  February 12, 2007 <br> TIME:  1:30 p.m. <br> CRTRM: 12, 19th Floor <br> JUDGE: Hon. Thelton E. Henderson |

The Court, having read the parties' Joint Case Management Statement and Request For Continuance of the Case Management Conference, and having convened the Case Management Conference and heard the opinions and plans of the parties, hereby orders that the Case Management Conference be continued to __04/16/07__ , at 1:30 p.m., before Honorable

- 1 -

**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**    **Case No. 3:06cv4894 TEH**

1  Judge Thelton E. Henderson, in Courtroom 12, 19th Floor of the Federal Courthouse, 450 Golden
2  Gate Avenue, San Francisco.  Prior to that date the parties shall meet and attempt to resolve and
3  settle the case or, narrowing the issues, reach an agreement on a discovery plan and trial calendar.
4  The parties shall file a joint case management conference statement no later than 7 days prior to that
5  date of the case management conference.

7  DATED:  02/07/07



HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

- 2 -
**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**                             Case No. 3:06cv4894 TEH