1 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
2 | Robert Fried, State Bar No. 85579
Elizabeth P. Lind, State Bar No. 142309
3 | 5776 Stoneridge Mall Road, Suite 200
Pleasanton, CA 94588
4 | Telephone: (925) 227-9200
Fax: (925) 227-9202
5 | Email: rfried@aalrr.com
Attorneys for Defendants
6 |
James P. Watson, State Bar No. 046127
7 | Bruce K. Leigh, State Bar No. 129753
Anne Bevington, State Bar No. 111320
8 | STANTON, KAY & WATSON, LLP
500 Airport Boulevard, Suite 100
9 | Burlingame, CA 94010
Telephone: 650-320-7679
10 | Fax: 415-512-3515
Email: jamesw@skwsf.com
11 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>            Plaintiffs,<br><br>     v.<br><br>MULDER CONSTRUCTION INC., a California corporation; and RANDOLPH EUGENE MULDER, an Individual,<br><br>            Defendants. | Case No.  3:06cv4894 TEH<br><br>~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE:    September 10, 2007<br>TIME:    1:30 p.m.<br>CRTRM:  12, 19th Floor<br>JUDGE:  Hon. Thelton E. Henderson |

- 1 -
**PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**     Case No. 3:06cv4894 TEH

1       The Court, having read the parties' Joint Case Management Statement and Request For
2 Continuance of the Case Management Conference, and having earlier convened the Case
3 Management Conference and heard the opinions and plans of the parties, hereby orders that the
4 Case Management Conference be continued to _____Dec. 10, 2007_____, at 1:30 p.m., before
5 Honorable Judge Thelton E. Henderson, in Courtroom 12, 19th Floor of the Federal Courthouse,
6 450 Golden Gate Avenue, San Francisco. Prior to that date the parties shall meet and attempt to
7 resolve and settle the case or, narrowing the issues, reach an agreement on a discovery plan and trial
8 calendar. The parties shall file a joint case management conference statement no later than 7 days
9 prior to that date of the case management conference.

10

11 DATED: _____08/31/07_____      _____
12                                                       HONORABLE THELTON E. HENDERSON
                                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28