ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
Elizabeth P. Lind, State Bar No. 142309
5776 Stoneridge Mall Road, Suite 200
Pleasanton, CA 94588
Telephone: (925) 227-9200
Fax: (925) 227-9202
Email: rfried@aalrr.com
Attorneys for Defendants

Muriel B. Kaplan, State Bar No.124607
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
Telephone: 415-882-7900
Fax: 415-882-9287
Email: mkaplan@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,

Plaintiffs,

v.

MULDER CONSTRUCTION INC., a California corporation; and RANDOLPH EUGENE MULDER, an Individual,

Defendants.

**Case No. 3:06cv4894 TEH**

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; and ORDER**

DATE: December 10, 2007
TIME: 1:30 p.m.
CRTRM: 12, 19th Floor
JUDGE: Hon. Thelton E. Henderson

Plaintiffs and defendants in the above-titled action jointly submit this Request to Continue the Case Management Conference, based on the following:

1. Counsel for Plaintiffs was substituted in this case on or about August 31, 2007. At that time, Defendant's Case Management Statement recounted the history and status of this case and stated, "We are currently trying to resolve a question whether a payment was received in November 2005 and a payment plan for satisfying the account and audit debts. In researching that historical point, an issue has arisen as to an additional component of amounts alleged as past due liquidated damages and interest for the historical period ending December 2005. Resolving this requires research into the archives of stored materials for both clients."

2. An investigation was therefore requested by Plaintiffs' counsel to their administrator, to research and determine whether the Trust Funds had received the $7,000 payment. The administrator confirmed that no such payment was reflected in the Trust records as having been made. Defendants were invited to provide evidence of such payment for the requested adjustment, but none has been provided to date.

3. Defendant's counsel has recently been advised by Defendants that there was a prior settlement agreement between these same parties in another action, which defendants now claim included some paid amounts which are again claimed due on the audit herein. That agreement will be provided this week to Plaintiffs counsel, to confirm or adjust amounts claimed as due.

4. The parties will then confer as to resolution of this matter by payment or payment schedule, or by a Motion for Summary Judgment if that should be necessary.

5. Defendants' prior Case Management Statement said, and Plaintiffs agree that "Plaintiffs and Defendants do not see any other matters that may need attention to facilitate a just, speedy, and economical disposition of this action, which is really quite simple. Indeed, prospects are good for reaching a settlement on a stipulated judgment….Accordingly, mindful of our mutual obligations to achieve closure on this case, the parties request the court allow additional time for this identified task to be accomplished.

/

/

/

6. The parties therefore request that the Case Management Conference be continued for 60 days (taking into account the holiday season) to allow the parties to resolve the questions and the solution, or, in the unlikely event that resolution is not reached in that time, for the Plaintiffs to file their Motion for Summary Judgment.

DATED: December 3, 2007 ATKINSON, ANDELSON, LOYA, RUUD & ROMO

/s/ Robert Fried

By: ____________________________

Robert Fried, Attorneys For Defendants

DATED: December 3, 2007 SALTZMAN & JOHNSON LAW CORPORATION

/s/ Muriel B. Kaplan

By: ________________________________

Muriel B. Kaplan, Attorneys For Plaintiffs

It is so ORDERED:

The Case Management Conference currently scheduled for December 10, 2007 shall be continued to March 3, 2008 at 1:30 p.m., with a Joint Case Management Statement due on February 25, 2008. All previously set deadlines and dates related to this case are continued and will be reset at that Conference.

Date: 12/04/07

UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson