Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br>v.<br><br>MULDER CONSTRUCTION, INC., and RANDOLPH EUGENE MULDER,<br><br>    Defendants. | Case No.: C06-4894 TEH<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: July 14, 2008<br>Time: 1:30 p.m.<br>Location: Ctrm. 12, 19th Floor |

The parties hereby jointly request that the Case Management Conference be continued for 45 days to allow completion of the terms of the settlement:

1. Since the Request to Reopen case was filed, defendant Mulder provided all of the dissolution documents necessary to confirm what reductions, if any, need to be applied to his Annuity account. I advised the Annuity Plan that based on the documents provided, they may distribute his Annuity to him, without reduction.

2. I was then advised by the Annuity Plan that one final document needed to be signed by Mr. Mulder, in order to complete the distribution. I understand from defendant's counsel that this document was completed and sent back.

1

CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO.: C06-4894 TEH

3. Based on the foregoing, I expect the settlement to be complete within the next 30 days. It is therefore requested that the Case Management Conference be continued for 45 days to allow the settlement to be finalized.

Dated: June 26, 2008                     SALTZMAN & JOHNSON
                                         LAW COPORATION


                                         _____/s/_____
                                         Michele R. Stafford
                                         Attorneys for Plaintiff


IT IS SO ORDERED.

The Case Management Conference currently set for July 14, 2008 is hereby continued. A Case Management Conference is now set for __September 15__, 2008 at __1:30 PM__.


Dated: ____07/03/08_____    _____
                                         United States District Court Judge

                                   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

2
**CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO.: C06-4894 TEH**

P:\CLIENTS\OE3CL\Mulder Construction\Pleadings\C06-4894 TEH CMC Statement 062608.doc