Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>       Plaintiffs,<br>v.<br><br>MULDER CONSTRUCTION, INC., and RANDOLPH EUGENE MULDER,<br><br>       Defendants. | Case No.: C06-4894 TEH<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: September 15, 2008<br>Time: 1:30 p.m.<br>Location: Ctrm. 12, 19th Floor |

The parties hereby jointly request that the Case Management Conference be continued for approximately 14 days to allow for both parties to sign the Stipulated Judgment, and for it to be filed with the Court. The parties have reached agreement on the terms of the settlement, however defendant is not in a location to receive and sign the document before the conference later this afternoon.

Dated: September 15, 2008            SALTZMAN & JOHNSON
                                     LAW COPORATION


                                     _____/s/_____
                                     Michele R. Stafford
                                     Attorneys for Plaintiff

**REQUEST FOR CONTINUANCE**    1
**OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C06-4894 TEH**

P:\CLIENTS\OE3CL\Mulder Construction\Pleadings\C06-4894 TEH CMC Statement 091508.doc

1  IT IS SO ORDERED.

2  The Case Management Conference currently set for September 15, 2008 is hereby continued. A

3  Case Management Conference is now set for ___September 29___, 2008 at ___1:30 PM___.

4

5  Dated: ___09/15/08___  _____
6  United States District Court Judge

*Judge Thelton E. Henderson*