ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
Elizabeth P. Lind, State Bar No. 142309
5776 Stoneridge Mall Road, Suite 200
Pleasanton, CA 94588
Telephone:  (925) 227-9200
Fax:  (925) 227-9202
Email:  rfried@aalrr.com
Attorneys for Defendants

Muriel B. Kaplan, State Bar No.124607
Michele R. Stafford, State Bar No. 172509
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
Telephone: 415-882-7900
Fax:  415-882-9287
Email:  mkaplan@sjlawcorp.com
         mstafford@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br>v.<br><br>MULDER CONSTRUCTION INC., et al.<br><br>Defendants. | Case No.  3:06cv4894 TEH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE:     September 29, 2008<br>TIME:      1:30 p.m.<br>CRTRM:  12, 19th Floor<br>JUDGE:    Hon. Thelton E. Henderson |

Plaintiffs and defendants in the above-titled action jointly submit this Case Management Conference statement, based on the following:

The parties have reached a settlement in this matter which is presently being effectuated. Defendant Mulder has withdrawn the balance of his annuity account held in a plaintiff trust, and paid that amount to the Plaintiff in partial satisfaction of the amounts due. The amount received by Defendant Mulder was less than anticipated due to taxes being withheld, therefore there remains an amount due to plaintiffs.

At the time of the last Case Management Conference, the parties were discussing how the remaining balance due was to be paid.

Since that time, the parties have drafted, and both approved, a Judgment Pursuant to Stipulation. Counsel for both parties sent it for signature to their respective clients. The parties anticipate that the Stipulation should be filed with the Court within the next 2 weeks.

The parties request that the Case Management Conference either be continued, or vacated with a deadline in which the Stipulated Judgment must be filed.

DATED:  September 24, 2008         ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                                          /s/ Robert Fried
                                   By:_____
                                     ROBERT FRIED, ATTORNEYS FOR
                                       DEFENDANTS


DATED:  September 24, 2008         SALTZMAN & JOHNSON LAW CORPORATION

                                                   /s/ Michele R. Stafford
                                   By:_____
                                     MICHELE R. STAFFORD, ATTORNEYS FOR
                                       PLAINTIFFS

IT IS SO ORDERED.

The Case Management Conference currently scheduled for September 29, 2008, is hereby continued to _____, at _____.

        OR

The Case Management Conference currently scheduled for September 29, 2008, is hereby vacated pending settlement of the matter. A Stipulated Judgment must be filed with Court by _____, or the Case Management Conference will be rescheduled thereafter.

**DENIED**
/s/ Thelton E. Henderson
Judge Thelton E. Henderson

Dated: ____09/24/08____        _____
                               UNITED STATES DISTRICT COURT JUDGE

P:\CLIENTS\OE3CL\Mulder Construction\Pleadings\C06-4894 TEH Joint CMC 092408.DOC